

## Fourth Court of Appeals
### San Antonio, Texas

### MEMORANDUM OPINION

No. 04-24-00427-CV

**IN RE** Christian Miguel **ARROYO**

Original Proceeding[1]

PER CURIAM

Sitting:       Rebeca C. Martinez, Chief Justice
                Beth Watkins, Justice
                Liza A. Rodriguez, Justice

Delivered and Filed: August 21, 2024

PETITION FOR WRIT OF MANDAMUS DENIED

On June 28, 2024, relator filed a petition for writ of mandamus. After considering the petition and attached record, this court concludes relator is not entitled to the relief sought. Accordingly, the petition for writ of mandamus is denied. *See* TEX. R. APP. P. 52.8(a).

PER CURIAM

---

[1]This proceeding arises out of Cause No. 2021-CI-16383, styled *In the Interest of L.I.A.-N., a Child*, pending in the 57th Judicial District Court, Bexar County, Texas, the Honorable Antonia Arteaga presiding.